AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| USA | ) |
|---|---|
| Plaintiff | ) |
| Joel Thomas | ) Case No. 19-cr-00397-CMA |
| Defendant | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOEL THOMAS

Date: 9/11/19

_Attorney's signature_

Douglas Richards  42148
_Printed name and bar number_

1444 Blake St Denver CO 80202
_Address_

doug@richardscarrington.com
_E-mail address_

303-962-2690
_Telephone number_

303-962-2691
_FAX number_