# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-CR-00397-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOEL THOMAS

    Defendant.

---

## NOTICE OF DISPOSITION AND REQUEST FOR CHANGE OF PLEA

---

Defendant Joel Thomas, by and through undersigned counsel, and pursuant to CMA Crim. Practice Standard 11(a)(1) hereby provides notice to the Court that on September 27, 2019 the parties reached a disposition on this matter. The Defendant advises that he desires to plead guilty to Count One of the Information.

In addition, pursuant to CMA Crim. Practice Standard 11(b)(1) counsel for Mr. Thomas requests that the Court schedule a Change of Plea hearing on the first available date convenient to the Court and counsel, and prior to the previously scheduled Final Trial Preparation Conference set for October 15, 2019 at 10:00 a.m.

Dated this 27th day of September, 2019.

                              Respectfully submitted,

                              *s/ Douglas I. Richards*
                              Douglas I. Richards
                              **RICHARDS CARRINGTON, LLC**
                              1444 Blake Street
                              Denver, Colorado 80202
                              Telephone:303-962-2690
                              Facsimile:303-962-2691
                              Email:doug@richardscarrington.com
                              *Attorney for Defendant* Joel Thomas

## CERTIFICATE OF SERVICE

  I hereby certify that on September 27, 2019, I electronically filed the foregoing **NOTICE OF DISPOSITION AND REQUEST FOR CHANGE OF PLEA** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alecia L. Riewerts
Alecia.Riewerts@usdoj.gov

Lauren Kupersmith
Lauren.Kupersmith@usdoj.gov

*Attorneys for the Government*

              *s/ Ashli Pyles*
              Ashli Pyles, Paralegal