# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00397-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOEL THOMAS,

    Defendant.

## UNITED STATES' RESPONSE TO PRESENTENCE INVESTIGATION REPORT

The United States of America ("the government"), by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Alecia L. Riewerts, respectfully responds to the draft Presentence Investigation Report [ECF #18] concerning the defendant, Joel Thomas, as follows:

The government does not have any objections to the Presentence Investigation Report.

//

//

//

//

//

//

Dated this 23rd day of December, 2019.

                Respectfully submitted,

                JASON R. DUNN
                United States Attorney

By:   *s/ Alecia L. Riewerts*
       ALECIA L. RIEWERTS
       Assistant United States Attorney
       United States Attorney's Office
       1801 California St., Ste. 1600
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       Facsimile: (303) 454-0401
       Email: Alecia.Riewerts@usdoj.gov
       Attorney for the Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of December, 2019, I electronically filed the foregoing **UNITED STATES' RESPONSE TO PRESENTENCE INVESTIGATION REPORT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

**Douglas Ivan Richards**
Email: doug@richardscarrington.com

*s/ Alecia L. Riewerts*
ALECIA L. RIEWERTS
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0401
Email: Alecia.Riewerts@usdoj.gov
Attorney for the Government