# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-CR-00397-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOEL THOMAS

    Defendant.

---

## DEFENDANT'S RESPONSE TO
## PRESENTENCE INVESTIGATION REPORT (DOC # 18)

---

Defendant Joel Thomas, by and through undersigned counsel, hereby provides notice to the Court that he has no objections to the PSIR (Doc. # 18) filed on December 10, 2019. Mr. Thomas will file a Motion for Variance Sentence and a separate Sentencing Brief addressing recommendations made by the United States Probation Department in R-4 through R-6 (Doc. # 18-1).

Dated this 23rd day of December, 2019.

                        Respectfully submitted,

                        *s/ Douglas I. Richards*

                        Douglas I. Richards
                        **RICHARDS CARRINGTON, LLC**
                        1444 Blake Street
                        Denver, Colorado 80202
                        Telephone:303-962-2690
                        Facsimile:303-962-2691
                        Email:doug@richardscarrington.com
                        *Attorney for Defendant* Joel Thomas

## CERTIFICATE OF SERVICE

  I hereby certify that on December 23, 2019, I electronically filed the foregoing **NOTICE OF DISPOSITION AND REQUEST FOR CHANGE OF PLEA** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alecia L. Riewerts
Alecia.Riewerts@usdoj.gov

Lauren Kupersmith
Lauren.Kupersmith@usdoj.gov

*Attorneys for the Government*

                *s/ Douglas Richards*