**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:19CR00397-CMA-001

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Joel THOMAS,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

        IT IS ORDERED that the Defendant, Joel Thomas, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden at Federal Detention Center Englewood, located in Littleton, Colorado, before 12:00 p.m. on Wednesday, February 05, 2020, and will travel at his own expense.

        DATED at Denver, Colorado, this    24th    day of January, 2020.


BY THE COURT:

_____
Christine M. Arguello
United States District Judge