

19-cr-00397-CMA

- Sender: Please print your name, address, and ZIP+4® in this box•

United States District Court
District of Colorado
901 19th Street
Denver, Colorado 80294-2500

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 12 2020

JEFFREY P. COLWELL
CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent   ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Chrissel   2/4/20 |
| 1. Article Addressed to:<br><br>U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>P.O. Box 1227<br>Sterling, VA 20166-1227 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Priority Mail Express™<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from se   7007 1490 0001 4683 3850 | |

PS Form 3811, July 2013        Domestic Return Receipt