**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-CR-379—1-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOEL THOMAS,

    Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:      The clerk of court and all parties of record

        Pursuant to General Order 2020-7, Wadi Muhaisen, enters his appearance on behalf of Joel Thomas.  I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Joel Thomas

        DATED at Denver, Colorado this 25th day of August, 2020

          /S/ Wadi Muhaisen

          Wadi Muhaisen
          Muhaisen & Muhaisen, LLC
          1435 Larimer Street, Ste. 203
          Denver, CO 80202
          303-872-0084
          wadi@muhaisenlaw.com

## <u>Certificate of Service</u>

I hereby certify that on August 25, 2020, I presented the foregoing to the Clerk of Court for filing via ECF and served the following electronically:

United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202
Tel: (303) 454-0100
Fax: (303) 454-0400


/S/ Wadi Muhaisen