**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 19-cr-00397-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOEL THOMAS,

    Defendant.

---

## ORDER

---

    This matter is before the Court on Defendant's Motion for Return of Property (Doc. # 42).  The Court, having reviewed said Motion finds:

    1. On October 2, 2019, Defendant entered a plea of guilty to Count One of the Information charging Defendant with 18 U.S.C. § 2252A(a)(5)(B), Accessing with Intent to View Child Pornography.

    2.  On January 13, 2020, Defendant was Sentenced, and Judgment entered on January 16, 2020.

    3. Pursuant to Paragraph 1 of the Plea Agreement Defendant agreed to admit the Forfeiture Allegation contained in the Information.

    4. Pursuant to Paragraph 3 of the Plea Agreement "Defendant's Abandonment of Right, Title, and Claim to Seized Property," Defendant stipulated that he was relinquishing "all claims, title, and interest the defendant has in such property,

specifically one Apple Macbook A1181 laptop, serial number W8838KC0P1, to the United States of America."

It is therefore

ORDERED that Defendant's Motion for Return of Property (Doc. # 42) is DENIED.

DATED: October 5, 2020

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge