IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Criminal Action No. 19-cr-00397-CMA

UNITED STATES OF AMERICA
   Plaintiff,
v.
Joel Thomas
   Defendant.

## MOTION TO RECONSIDER

This matter is before the Court on the Court's Order (Doc. No 49). The Defendant's Motion for Return of Property (Doc. No. 42). Defendant's (Defendant received Court Order on December 4th, 2020) respectfully requests the Court to reconsider Defendant's Motion (Doc. No. 42), based on the fact that appears the Court misunderstood the Defendant's request. To clarify, the Defendant is ONLY seeking the return of unforfeited seized

---

1 Defendant did not receive from the Court any original orders of the Court from October 5th 2020, therefore, Defendant requested an update of his Motion Doc. No. 42.

1

property, which is still in the possession of the Government. As the Court noted, in the Order (Doc. No. 49), the Defendant, pursuant to the Plea Agreement, specifically forfeited the one Apple Macbook A1181 laptop, serial number W8838KC0P1, to the United States of America.

Therefore, the Defendant requests of the Court to order the Government to return the remainder of the unforfeited property as listed on the Receipt of Property from the F.B.I. (Attachment of Doc. No. 42).

Respectfully submitted this December 11th, 2020.

Joel Thomas, Reg-No. 45461-013
Federal Correctional Institution
9595 W. Quincy Ave.
Littleton, CO 80123

---

1 cont. Subsequently, Defendant requested an update from the Court in November, the Court replied to the ruling on Doc. No. 42 on December 1st, 2020.

Joel Thoms
Reg 45461-013
FCI Englewood
9595 W Quincy Ave
Littleton, CO 80123
Official Business

DENVER CO 802
15 DEC 2020 PM 6 L

Office of the Clerk
United States District Court
901 19th St.
Room A105
Denver, CO 80294-3589

