```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX103398
Cashier ID: no
Transaction Date: 06/02/2022
Payer Name: George Thomas Lenst
-----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: George Thomas Lenst
 Case/Party: D-COX-1-19-CR-000397-00A
 Amount:       $505.00
-----------------------------------------
CREDIT CARD
 Amt Tendered: $505.00
-----------------------------------------
Total Due:       $505.00
Total Tendered: $505.00
Change Amt:     $0.00
```

Notice of Appeal

for

19-cr-397-CMA

A fee of $53.00 will be assessed on any returned check.